IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-00337-02-CR-W-GAF |
| | ) | |
| MOISES NAVARRETE ROBLES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 1, 2020, Defendant appeared pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed. R. Crim. P. 11(c)(1)(A) to the lesser included charge contained within Count One and also to Count Two of the Superseding Indictment (Doc. #11) before United States Magistrate Judge W. Brian Gaddy. On October 2, 2020, Judge Gaddy issued his Report and Recommendation (Doc. #281). Objections were due on or before October 16, 2020. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge W. Brian Gaddy.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 20, 2020